■ JAMES M. WEISER et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 101333.) [730 NYS2d 904] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, Midey, Jr., J. (Appeal from Order of Court of Claims, Midey, Jr., J.—Summary Judgment.) Present—Pigott, Jr., P. J., Hayes, Wisner, Kehoe and Burns, JJ.